ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PRESTIGE HOSPITALITY GROUP, INC.,

Plaintiff,

**Court File No. 00-CV-1453 (DSD/SRN)**

vs.

FLAGSHIP SERVICES CORPORATION, RICHARD ABATI and RICK NEWMAN,

Defendants.

**STIPULATION AND ORDER**

Whereas, the parties to this action, through their undersigned counsel, hereby stipulate and agree that Defendants Flagship Services Corporation, Richard Abati and Rick Newman may have an extension of time until July 14, 2000, in which to answer, move, plead or otherwise respond in this matter to Plaintiff Prestige Hospitality Group, Inc.'s Complaint.

Dated: 6/15/00

**WALLEN-FRIEDMAN LAW OFFICE, P.A.**

By: [signature]
Leny K. Wallen-Friedman (#233894)
860 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402
(612) 341-9893

**Attorneys for Plaintiff**
**Prestige Hospitality Group, Inc.**

1177757.1

FILED JUN 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 6/15/2000

**BRIGGS AND MORGAN, P.A.**

By: ______________________
Charles B. Rogers (#130588)
Matthew D. Forsgren (#246694)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**Attorneys for Defendants Flagship Services Corporation, Richard Abati and Rick Newman**

**ORDER**

IT IS SO ORDERED.

DATED: June 20, 2000.

BY THE COURT:

______________________
~~The Honorable Judge David S. Doty~~
~~Judge of United States District Court~~
Susan Richard Nelson
U.S. Magistrate Judge