UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 00-CV-1453 (DSD/SRN)

Prestige Hospitality Group, Inc.,

Plaintiff,

vs.

**STIPULATION AND ORDER**

Flagship Services Corporation, Richard Abati and Rick Newman,

Defendants.

Whereas the Court entered a Pretrial Scheduling Order dated April 26, 2001, requiring the Parties to make all initial disclosures under Rule 26(a)(1) on or before May 11, 2001;

Whereas the President of Prestige Hospitality Group, Inc. has had a medical emergency involving his mother;

Now, therefore, the Parties to this action, through their undersigned counsel, hereby stipulate and agree that the Pretrial Scheduling Order be modified to provide that the Parties have until May 22, 2001 to make all initial disclosures required by Rule 26(a)(1).

WALLEN-FRIEDMAN LAW OFFICE, P.A.

May 9, 2001

By: [signature]

Leny K. Wallen-Friedman (233894)
860 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402
(612) 341-9893

Attorney for Plaintiff Prestige Hospitality Group, Inc.

FILED MAY 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

BRIGGS & MORGAN

By: ______________________
Charles B. Rogers (#130588)
Matthew D. Forsgren (#246694)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-334-8400

Attorneys for Defendants Flagship Services Corporation, Richard Abati and Rick Newman

**ORDER**

IT IS SO ORDERED:

DATED: May 15, 2001

BY THE COURT

______________________
The Honorable Susan Richard Nelson
U.S. Magistrate Judge