UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 00-CV-1453 (DSD/SRN)

Prestige Hospitality Group, Inc.,

Plaintiff,

vs.

**ORDER GRANTING SUBSTITUTION**

Flagship Services Corporation, Richard Abati and Rick Newman,

Defendants.

THE COURT, having considered the submission of the parties including the Stipulation of the Parties, it appearing to the court that since the institution of this action, defendant Richard Abati has died testate and that his will has been admitted to probate in the Probate Court of Tarrant County, State of Texas, and that on April 23, 2001, Richard Newman was duly appointed and qualified in that court as the executor of the will and estate of Richard Abati, deceased, and is now the duly appointed, qualified, and acting executor of that will;

Now, on motion of the plaintiff, it is hereby ORDERED that this action is continued against Richard Newman, Executor of the will and estate of Richard Abati and, Richard Newman, as Executor of the will and estate of Richard Abati, is substituted as a defendant.

Dated: 11/29/01

BY THE COURT

Susan Richard Nelson

The Honorable Susan Richard Nelson
U.S. Magistrate Judge



NOV 30 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 00-CV-1453 (DSD/SRN)

Prestige Hospitality Group, Inc.,

Plaintiff,

vs.

**STIPULATION OF PRESTIGE, RICK NEWMAN, FLAGSHIP SERVICES CORPORATION AND RICK NEWMAN AS EXECUTOR OF THE WILL AND ESTATE OF RICHARD ABATI**

Flagship Services Corporation, Richard Abati and Rick Newman,

Defendants.

WHEREAS this action was originally commenced against Flagship Services Corporation, Richard Abati and Rick Newman;

WHEREAS Mr. Abati died on December 9, 2000 and Mr. Newman was appointed Executor of the Mr. Abati's Will and Estate on or about April 23, 2001;

WHEREAS Mr. Newman as executor has retained Briggs & Morgan to represent the Will and Estate;

NOW, THEREFORE, Plaintiff Prestige Hospitality Group, Inc., Flagship Services Corporation, Rick Newman and Rick Newman as Executor of the Will and Estate of Richard Abati, through their undersigned counsel, hereby stipulate and agree that Rick Newman as Executor of the Will and Estate of Richard Abati should be substituted for Mr. Abati as a defendant in this action.



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WALLEN-FRIEDMAN LAW OFFICE, P.A.

November 20, 2001

By: ______________________________
Leny K. Wallen-Friedman (233894)
860 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402
(612) 341-9893

Attorney for Plaintiff Prestige Hospitality Group, Inc.

BRIGGS & MORGAN

By: ______________________________
Charles B. Rogers (#130588)
Matthew D. Forsgren (#246694)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-334-8400

Attorneys for Flagship Services Corporation, Rick Newman, and Rick Newman as Executor of the Will and Estate of Richard Abati