UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 00-CV-1453 (DSD/SRN)

PRESTIGE HOSPITALITY GROUP, INC.,

Plaintiff,

v.

FLAGSHIP SERVICES CORPORATION, RICHARD ABATI and RICK NEWMAN,

Defendants.

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER**
AND ORDER

**WHEREAS**, the parties, by and through their respective attorneys, agree that the deadlines set forth in the Pretrial Scheduling Order should be extended by 60 days;

**WHEREAS**, the parties contacted the Court by telephone on October 1, 2001 to explain that disruption in the travel industry had created difficulties in completing discovery by the originally scheduled discovery deadline;

**WHEREAS**, the Court expressed that it would consent to a 60-day extension of the deadlines contained in the original Pretrial Scheduling Order;

**WHEREAS**, the Court requested that the parties prepare an Amended Pretrial Scheduling Order in a form resembling the original Pretrial Scheduling Order; and

**WHEREAS**, the parties attach as Exhibit A to this Stipulation an Amended Pretrial Scheduling Order for the Court's signature.

**NOW, THEREFORE**, in consideration of the foregoing, and in the interest of judicial economy and to save expenses related to attorneys' fees, costs and disbursements, the parties hereby stipulate that the pretrial deadlines in the above-captioned matter may

FILED NOV 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

be extended as set forth in the Amended Pretrial Scheduling Order attached hereto as Exhibit A.

Dated: November 28, 2001

**WALLEN-FRIEDMAN LAW OFFICE, P.A.**

By: ______________________
Leny K. Wallen-Friedman (#233894)
860 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402
(612) 341-9893

**ATTORNEY FOR PLAINTIFF**

Dated: November 20, 2001

**BRIGGS AND MORGAN P.A.**

By: ______________________
Matthew D. Forsgren (#246694)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEY FOR DEFENDANTS**

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 00-CV-1453 (DSD/SRN)

PRESTIGE HOSPITALITY GROUP, INC.,

Plaintiff,

v.

FLAGSHIP SERVICES CORPORATION, RICHARD ABATI and RICK NEWMAN,

Defendants.

**AMENDED PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3

**Discovery Plan**

1. Discovery shall be commenced in time to be completed by March 1, 2002.

2. All initial disclosures required by Rule 26(a)(1) shall be completed on or before July 11, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made on or before December 31, 2001.

4. No more than 25 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

5. No more than 12 depositions, excluding expert witness depositions shall be taken by any party. Each party shall take no more than 1 expert deposition.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by September 2, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by March 15, 2002.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and scheduled by May 29, 2002. (Counsel are reminded that they must schedule this hearing by calling Calendar Clerk Connie Baker, 612-664-5063.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial (**JURY**) on August 3, 2002, or upon resolution of any pending dispositive motions. Anticipated length of trial is 3-5 days.

Dated: November 29, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge