**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**PRESTIGE HOSPITALITY GROUP, INC.,**

**Plaintiff,**

**v.**

**FLAGSHIP SERVICES CORPORATION, FREDERICK NEWMAN, and THE ESTATE OF RICHARD ABATI,**

**Defendants.**

**Civil No. 00-1453 (DSD/SRN)**

**SECOND AMENDED PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, as amended, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Amended Discovery Plan**

1. **Discovery shall be completed by April 1, 2002.**

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A), and full disclosure of expert testimony as required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made on or before **January 31, 2002**.

3. No more than 25 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

JAN 0 8 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

4. No more than 12 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 1 expert deposition.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. The deadline for seeking amendments to pleadings expired on September 2, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by **April 15, 2002**.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and scheduled by **June 29, 2002**. (Counsel are reminded that they must schedule this hearing by calling Calendar Clerk Connie Baker, 612-664-5063.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on **September 3, 2002**, or upon resolution of any pending dispositive motions. Anticipated length of trial is 3 - 5 days.

Dated: January 8, 2002.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

No further extensions of this schedule will be granted.