UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

PRESTIGE HOSPITALITY GROUP, INC.,

Plaintiff,

v.

FLAGSHIP SERVICES CORPORATION, RICK NEWMAN, and THE ESTATE OF RICHARD ABATI,

Defendants.

Court File No. 00-CV-1453 (DSD/SRN)

**STIPULATION AND ORDER AMENDING CAPTION TO REFLECT TRUE NAME OF DEFENDANT FREDRICK NEWMAN**

**WHEREAS**, the parties, by and through their respective attorneys, stipulated to the substitution the Estate of Richard Abati as a defendant herein;

**WHEREAS**, the Court granted the stipulated substitution on November 29, 2001;

**WHEREAS**, in connection with their stipulation to substitute, the parties erroneously identified Defendant Rick Newman as Richard Newman;

**WHEREAS**, in other papers filed herein, Defendant Newman has been identified as Frederick Newman;

**WHEREAS**, Defendant Newman's true name is Fredrick Newman;

**WHEREAS**, the parties wish to amend the caption of this case to reflect Defendant Fredrick Newman's true name;

**NOW, THEREFORE**, in consideration of the foregoing, the parties hereby stipulate that the caption for this matter be amended to correctly identify Fredrick Newman as a Defendant herein.

FEB 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: February 18, 2002

**WALLEN-FRIEDMAN LAW OFFICE, P.A.**

By: ______________________________
Leny K. Wallen-Friedman (#233894)
860 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402
(612) 341-9893

**ATTORNEY FOR PLAINTIFF**

Dated: February 18, 2002

**BRIGGS AND MORGAN P.A.**

By: ______________________________
Matthew D. Forsgren (#246694)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEY FOR DEFENDANTS**

**ORDER**

Based on the foregoing stipulation of the parties, the caption of this case is amended to reflect the true name of Defendant Fredrick Newman.

Date: February 22, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge