# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Prestige Hospitality Group, Inc.,

Case No. Civil 00-1453 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Flagship Services Corporation, Fredrick Newman and The Estate of Richard Abati,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendants' motion for summary judgment is granted and plaintiff's claims are dismissed with prejudice.

DATE: August 1, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

51