ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

PRESTIGE HOSPITALITY GROUP, INC.,

Plaintiff,

v.

FLAGSHIP SERVICES CORPORATION, RICK NEWMAN, and THE ESTATE OF RICHARD ABATI,

Defendants.

Court File No. 00-CV-1453 (DSD/SRN)

**STIPULATION TO DISMISS AND ORDER**

Plaintiff Prestige Hospitality Group, Inc. and Defendants Flagship Services Corporation, Fredrick Newman and the Estate of Richard Abati, by and through their respective undersigned counsel, hereby stipulate and agree that all claims and counterclaims in the above-captioned matter may be dismissed with prejudice, and with each side to bear their own costs.

Dated: 2/27/03

**WALLEN-FRIEDMAN LAW OFFICE, P.A.**

By: [signature]
Leny K. Wallen-Friedman (#233894)
860 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402
(612) 341-9893

**ATTORNEY FOR PLAINTIFF**

FILED 3-5-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Dated: 1/6/2003

**BRIGGS AND MORGAN P.A.**

By: ______________________

Matthew D. Forsgren (#246694)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEY FOR DEFENDANTS**

**ORDER**

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that all claims and counterclaims in the above-captioned matter are hereby DISMISSED WITH PREJUDICE and without costs to any party.

Date: 3/4/03

DAVID S. DOTY
United States District Court Judge